UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

     Plaintiff,

  v.

NATALIE GREEN,

     Defendant.

Case No. C24-0624-JNW

ORDER

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B). *See*, *e.g.*, *Zayas v. DeCamp*, C24-0640-RSM; *Zayas v. City of Issaquah*, C24-0625-JNW; *Zayas v. McCoy, et al*., C24-0621-LK. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 10th day of May, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 1