UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATALIE GREEN, in her official and individual capacity,<br><br>　　　　　Defendant. | CASE NO. 24-cv-624<br><br>ORDER |

    Plaintiff Myriam Zayas, proceeding *in forma pauperis*, filed a complaint and amended complaint alleging that Natalie Green, the "Secretary of CPS," illegally removed Zayas's children from her custody. United States Magistrate Judge Kate Vaughan recommended review of Zayas's claims under 28 U.S.C. § 1915(e)(2)(B). The Court reviewed Zayas' complaint and amended complaint and concluded that Zayas failed to state a plausible claim. Fed. R. Civ. P. 12(b)(6).

    On June 13, 2024, the Court Ordered Zayas to show cause within 21 days as to why her case should not be dismissed. Dkt. No. 7; 28 U.S.C. § 1915(e)(2)(B). The deadline to show cause has now passed, and Zayas has not responded to the Order

**ORDER** - 1

or filed any additional materials in this case. Accordingly, the Court DISMISSES Zayas's amended complaint with prejudice and without leave to amend.

Dated this 16th day of July, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2